SEYFARTH SHAW LLP
Gary S. Kaplan (SBN 6187195)
gkaplan@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

SEYFARTH SHAW LLP
Michele Haydel Gehrke (SBN 215647)
mgehrke@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

Attorneys for Defendant
UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ARTHUR M. SMITH, IV, et al. | Case No. 3:14-cv-1763 EDL |
|---|---|
| Plaintiff(s) | |
| v. | CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION |
| UNITED AIRLINES, INC., et al | |
| Defendant(s). | |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☒ **Consent to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: May 22, 2014

NAME: SEYFARTH SHAW LLP

COUNSEL FOR (OR "PRO SE"): UNITED AIRLINES, INC.

/S/*Michele Haydel Gehrke*

Michele Haydel Gehrke
*Signature*

17300902v.1 / 10550-000546