SEYFARTH SHAW LLP
Gary S. Kaplan (*pro hac vice application to be filed*)
gkaplan@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:     (312) 460-5000
Facsimile:      (312) 460-7000

SEYFARTH SHAW LLP
Michele Haydel Gehrke (SBN 215647)
mgehrke@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:      (415) 397-8549

Attorneys for Defendants
UNITED AIRLINES, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

| | |
|---|---|
| ARTHUR M. SMITH, IV, et al, | Case No. 3:14-cv-1763 EDL |
| Plaintiffs, | **UNITED AIRLINE, INC.'S CERTIFICATE OF INTERESTED PARTIES** |
| v. | |
| UNITED AIRLINES, INC., the INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1781; and DOES 1 to 10, | |
| Defendants. | Date Action Filed: April 16, 2014 |

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Defendant United Airlines, Inc. is a wholly owned subsidiary of United

Continental Holdings, a publicly traded company listed on the NYSE.  No other publicly traded company owns 10% percent or more of the outstanding shares of Defendant United Airlines, Inc.

DATED: May 23, 2014                                    Respectfully submitted,

                                              SEYFARTH SHAW LLP


                                      By:  /S/ *Michele Haydel Gehrke*
                                                Gary S. Kaplan
                                                Michele Haydel Gehrke
                                                Attorneys for Defendant

17304784v.1 / 10550-000546