SEYFARTH SHAW LLP
Michele Haydel Gehrke (SBN 215647)
mgehrke@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:    (415) 397-2823
Facsimile:     (415) 397-8549

SEYFARTH SHAW LLP
Gary S. Kaplan (pro hac vice application to be filed)
gkaplan@seyfarth.com
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone:    (312) 460-5000
Facsimile:     (312) 460-7000

Attorneys for Defendant
UNITED AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| ARTHUR M. SMITH, IV, et al, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED AIRLINES, INC., the INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1781; and DOES 1 to 10, <br><br> Defendants. | Case No. 3:14-cv-1763 EDL <br><br> **DECLARATION OF THOMAS REARDON IN SUPPORT OF UNITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF WITH PREJUDICE** <br><br> Date:        July 8, 2014 <br> Judge:     Elizabeth D. Laporte <br> Trial Date: TBD <br> Date Action Filed:  April 16, 2014 |

I, Thomas Reardon, hereby declare based upon my own personal knowledge:

1.      I am currently employed by Defendant United Airlines, Inc. as the Director, Labor Relations. I have held this position since May 15, 2013. In this capacity, I am responsible for overseeing United's labor relations with the International Association of Machinists and Aerospace Workers ("IAM"), which represents over 28,000 United employees nationwide, including some 13,000 ramp (fleet) service employees covered under the United-IAM Fleet Service collective bargaining

agreement (CBA). My responsibilities include overseeing all aspects of the administration of the Fleet Service CBA, including interacting on United's behalf with the IAM in matters relating to the administration of the CBA. A true and correct copy of United's CBA with the IAM, which was in effect during the relevant time period and incorporated into the allegations concerning Plaintiffs' claims, is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29 day of May, 2014 in Chicago, IL.

_Thomas Reardon_

17299947v.2 / 10550-000546

DECLARATION OF THOMAS REARDON IN SUPPORT OF UNITED'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF WITH PREJUDICE/ CASE NO. 3:14-CV-1763 EDL