IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR M. SMITH IV, et al., | No. C -14-01763(EDL) |
| Plaintiffs, | **ORDER RE: DKT. 33** |
| v. | |
| UNITED AIRLINES, INC., et al., | |
| Defendants. | |

On August 6, 2014, the Parties filed a stipulation and proposed order selecting ADR process which selects mediation and indicates that they are unable to agree on a completion deadline. The Parties are hereby referred to an ADR phone conference regarding their deadline dispute.

**IT IS SO ORDERED.**

Dated: August 22, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge