SMITH PATTEN
SPENCER F. SMITH, ESQ. (SBN: 236587)
DOW W. PATTEN, ESQ. (SBN: 135931)
353 Sacramento St., Suite 1120
San Francisco, California 94111
Telephone (415) 402-0084
Facsimile (415) 520-0104

Attorneys for Plaintiffs
ARTHUR M. SMITH IV, RICHARD TRAN, and
AARON T. MOODY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR M. SMITH IV, RICHARD TRAN, and AARON T. MOODY<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED AIRLINES, INC.; the INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1781; and DOES 1 to 10.<br><br>Defendants. | Case No.: 3:14-cv-01763-EDL<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFFS TO FILE AMENDED COMPLAINT; [PROPOSED] ORDER** |

The parties, through their respective counsel of record herein, hereby Stipulate as follows:

By stipulation dated August 25, 2014, Plaintiff requested and Defendants did not oppose an extension of 10 days for Plaintiff to file an amended complaint in this matter (Dkt #40).

By Order dated August 26, 2014, the Court extended the deadline for Plaintiffs to file any amended complaint to September 8, 2014 (Dkt# 41).

Since the Court's August 26, 2014 Order, the parties have had communications concerning the amendment of the complaint and possible resolution of the claims. In order to facilitate those discussions, Plaintiff has requested, and Defendants do not object to an extension of an additional two weeks, through and including September 22, 2014 for Plaintiffs to file an amended complaint in this matter.

SO STIPULATED,

Date: 09/2/14                    SMITH PATTEN

                                   By: /s/ Dow W. Patten
                                       SPENCER F. SMITH
                                       DOW W. PATTEN
                                       Attorneys for Plaintiffs ARTHUR M. SMITH IV, RICHARD TRAN, and AARON T. MOODY

Date: 09/2/14                    BUSH GOTTLIEB, A Law Corporation

                                   By: /s/ Ira L. Gottlieb
                                       IRA L. GOTTLIEB
                                       Attorneys for Defendant, INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 1781

Date: 09/2/14                    SEYFARTH SHAW LLP

                                   By: /s/ Michele Haydel Gehrke
                                     MICHELE HAYDEL GEHRKE
                                     Attorneys for Defendant UNITED AIRLINES, INC.

SIGNATURE ATTESTATION

I hereby attest that I have on file all holographic signatures and/or authorizations corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

                                                 /s/ Dow W. Patten

# [PROPOSED] ORDER

Based upon the stipulation of the parties and good cause appearing, the deadline for Plaintiffs to file any amended complaint is hereby extended from September 8, 2014 to September 22, 2014.

SO ORDERED, this ___ day of September, 2014     _____

United States Magistrate Judge