UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR M. SMITH, IV, et al.,                             CASE NO.   **3:14-cv-1763 EDL**

              Plaintiff(s),

     v.                                                                       STIPULATION AND [~~PROPOSED~~]
                                                                        ORDER SELECTING ADR PROCESS

UNITED AIRLINES, INC., et al.

              Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐     Non-binding Arbitration (ADR L.R. 4)
☐     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
x      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐     Private ADR (*please identify process and provider*)  _____

_____

The parties have been unable agree to agree on a deadline. They request dates as follows:
        Plaintiffs request a deadline of December 15, 2014

        Both Defendants request a deadline of February 27, 2015

| | |
|---|---|
| Dated:  August 6, 2014 | __/s/ Dow W. Patten_____<br>Attorney for Plaintiff |
| Dated: August 6, 2014 | __/s/ Michele Haydel Gehrke_____<br>Attorney for United |
| Dated: August 6, 2014 | _/s/ Jason Wojciechowski_____<br>Attorney for  IAM |

494951.1  11141-24003

## [~~PROPOSED~~] ORDER

☐    The parties' stipulation is adopted with a deadline of December 15, 2014 and IT IS SO ORDERED.

☒    The parties' stipulation is adopted with a deadline of February 27, 2015 and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.


Dated: September 2, 2014

_____
UNITED STATES DISTRICT MAGISTRATE

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11