UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ARTHUR M. SMITH IV, et al.,

    Plaintiffs,

v.

UNITED AIRLINES, INC., et al.,

    Defendants.

Case No. 14-cv-01763-EDL

**JUDGMENT**

This action came before the Court, Chief Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of December 5, 2014, Defendants' motions to dismiss are GRANTED and the second amended complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: December 5, 2014



ELIZABETH D. LAPORTE
United States Magistrate Judge